FRANCIS LeBARON
v.
LOUIS CHEVELLIER

1810

PAPERS IN FILE

1. Precipe for capias . . . . . . . . . . . . . .

JOHN KINZIE AND THOMAS FORSYTH
v.
JOHN WHISTLER, JR.

1810

PAPERS IN FILE

1. Precipe for capias . . . . . . . . . . . . . .
2. Capias and return . . . . . . . . . . . . . .